# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENE DANIEL LUCAS, | |
| Petitioner, | CIVIL ACTION NO. 3:CV-12-2599 |
| v. | (JUDGE CAPUTO) |
| COMMONWEALTH OF PENNSYLVANIA, et al., | (MAGISTRATE JUDGE SCHWAB) |
| Respondents. | |

## ORDER

**NOW**, this 28 day of January, 2013, upon review of the Report and Recommendation of Magistrate Judge Susan E. Schwab (Doc. 3) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report & Recommendation (Doc. 3) is **ADOPTED**.

(2) The Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED for lack of jurisdiction**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge